**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| BRUCE L. WISHNEFSKY, | : No. 16 MAP 2015 |
| | : |
| Appellant | : Appeal from the order of the |
| | : Commonwealth Court at No. 369 MD 2014 |
| | : dated January 8, 2015. |
| v. | : |
| | : |
| | : |
| PENNSYLVANIA DEPARTMENT OF | : |
| CORRECTIONS, | : |
| | : |
| Appellee | : |

**ORDER**

**PER CURIAM**                                              **DECIDED:   November 18, 2015**

AND NOW, this 18th day of November, 2015, the order of the Commonwealth

Court is hereby **AFFIRMED**.